*In re* Ángel L. Marrero Figarella.

*Número:* CP-94-830          *Resuelto:* 19 de febrero de 1999

*Carlos Lugo Fiol, Procurador General, Edda Serrano Blasini, Subprocuradora General,* y *Miguel A. Santana Bagur, Procurador General Auxiliar,* abogados de El Pueblo; *Ángel L. Marrero Figarella, pro se; Raúl Aponte Sánchez* y *Reina Vázquez Vélez,* abogados del querellado; *Flavio E. Cumpiano Villamor,* Comisionado Especial.

## R E S O L U C I Ó N

Vista la moción en cumplimiento de orden presentada por el Sr. Ángel L. Marrero Figarella, el Tribunal se da por enterado.

Con relación a la explicación que nos ofrece el Sr. Ángel L. Marrero Figarella para no haber presentado su renuncia de representación profesional en los casos que tenía pendiente al momento de ser suspendido de la profesión de abogado, cabe señalar que la Regla 14(o) del Reglamento del Tribunal Supremo, 4 L.P.R.A. Ap. XXI-A,[1] no opera *ex propio vigore* ni releva al abogado desaforado de su deber de renunciar formalmente a la representación legal de clientes, tanto en el foro judicial como en los foros administrativos. Dicha regla tampoco lo releva de su deber de notificar a sus cliente sobre la renuncia presentada para

[1] "(o) El(la) Secretario(a) notificará con copia de todas las providencias que adopte el Tribunal, al(a la) abogado(a) o al(a la) notario(a) involucrado y a la parte promovente de la queja. Cualquier decisión del Tribunal que imponga sanciones se notificará, además, a la Oficina de Administración de los Tribunales, al(a la) Secretario(a) de Justicia y al Colegio de Abogados de Puerto Rico. Si la sanción afectare en cualquier forma la capacidad del(de la) notario(a) para actuar como tal, se notificará también al(a la) Secretario(a) de Estado y al(a la) Director(a) de la Oficina de Inspección de Notarías." 4 L.P.R.A. Ap. XXI-A, R. 14(o).

que puedan tomar las medidas necesarias para salvaguardar sus derechos, incluyendo la contratación de nueva representación legal. Deberá, además, poner a la disposición de éstos los expedientes de los casos. Véase, también, *In re Siverio Orta*, 117 D.P.R. 14, 19 (1986).

A tenor con lo antes expuesto, se le concede al señor Marrero Figarella el término de quince (15) días, contados a partir de la notificación de esta resolución, para cumplir con los deberes antes indicados. Dentro de ese mismo término deberá informar al Tribunal sobre su cumplimiento.

*Notifíquese por fax y vía ordinaria, y publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*